✎ AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

FOR THE    DISTRICT OF    MASSACHUSETTS

United States of America

V.

Gary P. DeCicco

**EXHIBIT AND WITNESS LIST**

Case Number: 17-mj-4063-DHH

| PRESIDING JUDGE | GOVERNMENT'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| David H. Hennessy, USMJ | Kristina E. Barclay | Alexandra I. Gliga & Michael Kendall |
| DETENTION and/or PRELIMINARY HRG DATE (S) | DIGITAL RECORDER | COURTROOM DEPUTY |
| 3/22/2017 | | Jarrett Lovett |

| GOV. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| X | | 3/22/2017 | | | Sandra Lemanski, Special Agent |
| 1 | | 3/22/2017 | Yes | Yes | Affidavit of Sandra Lemanski, Special Agent |
| 2 | | 3/22/2017 | Yes | Yes | Saugus Police Department Report |
| 3 | | 3/22/2017 | Yes | Yes | Video recording of 1/11/15 incident |
| | 4 | 3/22/2017 | Yes | Yes | Short Sale Affidavit |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages