# EXHIBIT 3

Mar 13, 2017 12:38:00 PM                    Printed By: KEHLMANN-ALLISON from: FB2

Received Time:        12:37:53 03-13-17        Source ORI:
Summary:              FREE:
·View Message Details

MESSAGE ACCEPTED - FB2 00038 AT 12:37   03/13/2017

---

Received Time:        12:37:53 03-13-17        Source ORI:
Summary:              FREE:
·View Message Details

**BOP2P Inquiry on PCF:** ▇▇▇▇,

```
              *** C I V I L   R E S T R A I N I N G   O R D E R ***
   -----------------------------------------------------------------
   Defendant:  ▇▇▇▇▇▇▇▇▇▇          DOB: ▇▇▇▇    PCF: ▇▇▇▇▇▇
   -----------------------------------------------------------------
   Plaint:    ▇▇▇▇▇▇
   Street:    ▇▇▇▇▇▇▇▇▇▇           City: ▇▇▇▇▇                ST: MA
   -----------------------------------------------------------------
   Docket:    ▇▇▇▇▇    Court: ▇  Order: M.G.L. Chapter 209A Section:  3
   Order Date:   ▇▇/93  Expiration Date:  ▇▇/94  Status:*** CLOSE ***
              *** *** ***   Court Orders   *** *** ***
   1.X Refrain from abuse          2.X No contact stay at least    yds
   3.X Vacate/stay away resd   Bld 4.  Address Impounded
   5.X Stay away workplace         6.  Custody of following to plaintiff

   7.  No contact with any child named in 6 or listed below: Stay at least    yd

       Stay away from school,daycare,other: (see order)
   8.  Visitation rights: See Order   9.  Support payment ordered
   10. Personal belongings pickup w/PD  11. Compensation ordered
   12. Surrender guns,ammo,LIC,FID      13. Other: See order
   -----------------------------------------------------------------
   ******************************************************************
   *                                                                *
   *         ******* WARNING ******** WARNING ********              *
   *                                                                *
   *    THIS INFORMATION IS CORI.  IT IS NOT SUPPORTED BY FINGERPRINTS. *
   *PLEASE CHECK THAT THE NAME REFERENCED BELOW MATCHES THE NAME AND DATE OF BIRTH*
   *OF THE PERSON REQUESTED.                                        *
   *                                                                *
   ******************************************************************

              **********  COMMONWEALTH OF MASSACHUSETTS   **********
                    DEPARTMENT OF CRIMINAL JUSTICE INFORMATION SERVICES

                        *** PERSONS COURT SUMMARY ***

   NAM:  ▇▇▇▇▇▇▇▇▇          FORMAL-NAM: ▇          PCF: ▇▇▇▇▇▇
   DOB:  ▇▇▇▇   SEX: M  RAC: U   POB:              SSN: ▇▇▇▇▇▇
   MOM:         POP:             HGT:   WGT:   HAI: XXX EYE: XXX
   ADDRESS: ▇▇▇▇▇▇▇         NAHANT MA, ▇▇▇▇▇▇

   COMMENTS:
```

Page 1 of 2

Subject to Protective Order                                    USAO_DECICCO_00001260

```
Mar 13, 2017 12:38:00 PM                    Printed By: KEHLMANN-ALLISON from: FB2
 ***** ***** ***** ***** ADULT APPEARANCES ***** ***** ***** *****

 ARRAIGNMENT: (0001)
    ARG-DATE:     /10 PD: KIN COURT: PLYMOUTH DISTRICT         DKT#:
    OFF:  THREATENING                 COMM CRIME              THREAT
    STATUS: C   WPD:       WDT:
    DISP:      /10 VWF DISM


 ***** ***** ***** **** END OF ADULT APPEARANCES ***** ***** ***** *****

 REQUESTED BY: KEHLMANN ALLISON
 COMPLETED BY: KEHLMANN ALLISON
        AGENCY:

MRI:           IN: XFACT 67008 AT 13MAR2017 12:37:53
OUT: FB2 46 AT 13MAR2017 12:37:53
```

Subject to Protective Order

USAO_DECICCO_00001261