UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Crim. No. 17-10092-NMG |
| ) | |
| GARY P. DECICCO ) | |
| ) | |
| Defendant. ) | |

**PARTIES' JOINT MOTION TO CONTINUE HEARING CURRENTLY SCHEDULED FOR SEPTEMBER 8, 2017**

NOW COME the parties in the above styled action and jointly move that the hearing currently scheduled for September 8, 2017 be adjourned until September 13, 2017 at 10:00 a.m.

In support of this Motion the parties represent that the witness, Philip Baldi is unavailable on September 8, 2017.

Respectfully submitted,

WILLIAM D. WEINREB
Acting United States Attorney

By: /s/ Michael Kendell
    MICHAEL KENDELL
    Counsel for Gary P. DeCicco

By: /s / Kristina E. Barclay
    KRISTINA E. BARCLAY
    Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I, Kristina E. Barclay, Assistant United States Attorney, do hereby certify that this document, was filed on the above date through the ECF system which sends copies electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non-registered participants on this date.

*/s / Kristina E. Barclay*
Assistant U.S. Attorney