UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br>    Plaintiff,<br><br>v.<br><br>GARY P. DECICCO,<br><br>    Defendant. | Case No. 17-cr-10092-NMG |

## MOTION FOR LEAVE TO WITHDRAW

Pursuant to Local Rule 83.5.2(c), undersigned counsel requests the Court grant leave to withdraw from the case as counsel for defendant Gary P. DeCicco. As grounds therefore, counsel states:

1. Mr. DeCicco consents to this request.

2. Robert Sheketoff has filed an appearance on behalf of Mr. DeCicco and will be representing him in this matter.

3. No trial date has been set.

4. There are no motions pending before this Court

5. Mr. Sheketoff is prepared to appear at the detention hearing currently continued to October, 2017.

Dated: September 27, 2017                Respectfully submitted,

/s/ Michael Kendall
Michael Kendall (BBO# 544866)
michael.kendall@whitecase.com
WHITE & CASE LLP
75 State Street
Boston, MA 02109-1814
Telephone: (617) 979-9300

## CERTIFICATE OF SERVICE

    I, Michael Kendall, hereby certify that the above document was filed on the date appearing in the header of this page through the ECF system, which will send true copies of the document to the attorneys of record for each party.

                                              /s/ Michael Kendall
                                              Michael Kendall