UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br>    Plaintiff,<br><br>v.<br><br>GARY P. DECICCO,<br><br>    Defendant. | Case No. 17-cr-10092-NMG |

## MOTION FOR LEAVE TO WITHDRAW

Pursuant to Local Rule 83.5.2(c), undersigned counsel requests the Court grant leave to withdraw from the case as counsel for defendant Gary P. DeCicco. As grounds therefore, counsel states:

1. Mr. DeCicco consents to this request.

2. Robert Sheketoff has filed an appearance on behalf of Mr. DeCicco and will be representing him in this matter.

3. No trial date has been set.

4. Mr. Sheketoff is prepared to appear at the detention hearing currently continued to October, 2017.

5. There are no other motions pending before this Court.

Dated: September 27, 2017           Respectfully submitted,

                                    /s/ Alexandra I. Gliga
                                    Alexandra I. Gliga (BBO # 694959)
                                    alexandra.gliga@whitecase.com
                                    WHITE & CASE LLP
                                    75 State Street

                                          Boston, MA 02109-1814
                                          Telephone: (617) 979-9300

## **CERTIFICATE OF SERVICE**

      I, Alexandra I. Gliga, hereby certify that the above document was filed on the date appearing in the header of this page through the ECF system, which will send true copies of the document to the attorneys of record for each party.

                                          /s/ Alexandra I. Gliga
                                          Alexandra I. Gliga