UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 17-cr-10092 |
| | ) | |
| GARY DECICCO, | ) | |
| Defendant | ) | |

**JOINT MOTION FOR CLARIFICATION OF
MEMORANDUM AND DECISION ON DEFENDANT'S
MOTION TO REOPEN THE DETENTION HEARING**

The United States of America, by and through Assistant United States Attorney Kristina E. Barclay, and the defendant through undersigned counsel, respectfully request clarification of the Court's October 13, 2017 Memorandum and Decision on Defendant's Motion to Reopen the Detention Hearing (Docket No. 119) (the Memorandum and Decision). Specifically, the parties request that the Court provide the following information regarding the parameters of a reopened detention hearing:

1. Whether the evidence to be presented at a hearing is limited to "the narrow [18 U.S.C. § 3142(f)] issue now before the Court," *i.e.* the weight of the evidence against the defendant. *See* Docket No. 119, n.1.

2. Whether the defendant will be allowed to present information which was known to him and could have been presented at the March 22, 2017 hearing.

1

2

The government reserves the right to appeal or move for reconsideration of the Memorandum and Decision within the time periods allowed under the applicable rules and statutes.

                                                    Respectfully submitted,

| | |
|---|---|
| GARY DECICCO | WILLIAM D. WEINREB |
| By his attorney, | Acting United States Attorney |
| | |
| */s/Robert Sheketoff* | By: */s/Kristina E. Barclay* |
| ROBERT SHEKETOFF, ESQ. | KRISTINA E. BARCLAY |
| | Assistant U.S. Attorney |

Dated:  October 18, 2017