AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF    MA

UNITED STATES

V.

GARY DECICCO

**EXHIBIT AND WITNESS LIST**

Case Number: 17-CR-10092-NMG

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| David H. Hennessy, USMJ | Barclay | Sheketoff |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 11/3/2017 | 10:00 | Belpedio |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | Witnesses |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | Exhibits |
| 100 | | 11/3/2017 | X | X | Auto Excellence, Pricing Set: August 2, 2013 |
| 101 | | 11/3/2017 | X | X | Main Floor Plan 8/14/13 |
| 102 | | 11/3/2017 | X | X | Main Floor Plan 11/11/13 |
| | 103 | 11/3/2017 | X | X | Police Report |
| | 104 | 11/3/2017 | X | X | CD |
| | 105 | 11/3/2017 | X | X | Rule 16 letter May 26, 2017 |
| | 106 | 11/3/2017 | X | X | Rule 16 letter June 26, 2017 |
| | 107 | 11/3/2017 | X | X | Rule 16 letter July 5, 2017 |
| 108 | | 11/3/2017 | X | X | Series of Text Messages, 1/10/2017 |
| 109 | | 11/3/2017 | X | X | Affidavit of Jane Doe 1 |
| 110 | | 11/3/2017 | X | X | Complaint |
| 111 | | 11/3/2017 | X | X | Press Release 2/18/05 |
| 112 | | 11/3/2017 | X | X | Tax Lien |
| 113 | | 11/3/2017 | X | X | Purchase and Sale |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.